UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2025-CR-80144-Middlebrooks/Matthewman

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA,

vs.

JEFFREY HENRICY,
a/k/a "Slim,"

Defendant.
_____/

FILED BY ___SW___ D.C.

Sep 16, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 25, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**JEFFREY HENRICY,**
**a/k/a "Slim,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a schedule

1

II substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a schedule II substance.

## COUNT 2

On or about February 25, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**JEFFREY HENRICY,**
**a/k/a "Slim,"**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

(a) One (1) U.S. Revolver Co. Ruger, Double Action, .38 Caliber revolver; and

(b) One (1) round of .380 caliber ammunition bearing head stamp "38 S&W" and "CBC."

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JEFFREY HENRICY, a/k/a "Slim,"** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a), as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of a violation of 21

U.S.C. § 841, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to 21 U.S.C. § 853.

3. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
NADYA Z. CHEATHAM
ASSISTANT UNITED STATES ATTORNEY

_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2025-CR-80144-Middlebrooks/Matthewman

UNITED STATES OF AMERICA

CASE NO.: _____

v.

JEFFREY HENRICY a.k.a "Slim"

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami  ☐ Key West  ☐ FTP
☐ FTL    ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)           (Check only one)
   I   ☑ 0 to 5 days          ☐ Petty
   II  ☐ 6 to 10 days         ☐ Minor
   III ☐ 11 to 20 days        ☐ Misdemeanor
   IV  ☐ 21 to 60 days        ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the __Southern__ District of __Florida__
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____ *Nadya Z. Cheatham*
NADYA Z. CHEATHAM
Assistant United States Attorney
SDFL Court ID No. A553245

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Jeffrey Henricy, a/k/a "Slim"

**Case No:** 2025-CR-80144-Middlebrooks/Matthewman

### COUNT 1

Possession of cocaine and fentanyl with the intent to distribute

Title 21, United States Code, Section 841(b)(1)(C)

*Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): None
* Max. Supervised Release: 3 years to Life
* Max. Fine: $1,000,000
* $100 Assessment

### COUNT 2

Possession of a firearm by a previously convicted felon

Title 18, United States Code, Section 922(g)

*Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment (if applicable): None
* Max. Supervised Release: 3 years
* Max. Fine: $250,000
* $100 Assessment

*Refers only to possible term of incarceration, fines, special assessments, and restitution.
It does not include possible parole terms or forfeitures that may be applicable.